LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1129 NORTHERN BOULEVARD<br>SUITE 404<br>MANHASSET, NEW YORK 11030<br>Ph: (516) 415-0100<br>Fx: (516) 706-6631 | <u>N.Y.C. Office</u><br>137 Fifth Avenue, 9th Floor<br>New York, N.Y. 10010<br>Ph: (212) 388-9444 |

VIA ECF                                                                          September 10, 2021

The Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Jay Winegard v. Investopedia LLC.</u>
           Case No. 1:21-cv-03907-BMC

Dear Judge Brian M. Cogan:

    I, Mitchell Segal, Esq., represent Plaintiff Jay Winegard ("Plaintiff") in the above-referenced matter. On behalf of Plaintiff and Defendant Investopedia LLC ("Defendant"), I hereby inform the Court that the parties have reached a settlement in principle. We anticipate that the parties will finalize and execute their settlement agreement and file a stipulation of dismissal with prejudice within the next thirty (30) days. Given that the parties have resolved the litigation, we respectfully request that this Court adjourn all pending dates *sine die*—including the Initial Conference scheduled to take place on September 13, 2021.

    We thank the Court for its attention to this matter.

                                                                  Respectfully submitted,
                                                                  <u>/s/ Mitchell Segal</u>
                                                                  Mitchell Segal, Esq.

cc: Michael David Margulies, Esq. (via ECF)